**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALPHONSO SANDERS, et al, | |
| | CIVIL ACTION NO. 3:09-cv-1384 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| JEFFREY A. BEARD, et al, | |
| Defendants. | |

**ORDER**

**NOW**, this 4th day of June, 2012, the it is **HEREBY ORDERED THAT** Plaintiff Diaz's Motions to Compel Discovery (Docs. 425 & 431) are **DENIED** and Plaintiff Bowen's Motion for Spoliation Judgment (Doc. 382) is also **DENIED**.

                                          /s/ A. Richard Caputo
                                          A. Richard Caputo
                                          United States District Judge