# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALPHONSO SANDERS, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:09-CV-1384 |
| v. | |
| JEFFREY A. BEARD, et al., | (JUDGE CAPUTO) |
| Defendants. | |

## ORDER

**NOW**, this 19th day of April, 2013, **IT IS HEREBY ORDERED** that Defendants' Motion *in Limine* (Doc. 394) is **GRANTED** in part and **DENIED** in part. Accordingly, it is further **ORDERED** that:

1. Plaintiff Williams' claims against all Defendants are **DISMISSED**.

2. Plaintiff Williams' Motion to Compel (Doc. 452), Motion for Appointment of Counsel (Doc. 499), and Motion for Medical Records (Doc. 508) are **DISMISSED AS MOOT**.

3. All claims against Defendant Fouse are **DISMISSED**.

4. Plaintiffs' Eighth Amendment denial of medical care claims against Defendants Felton and Varner are **DISMISSED**.

5. Plaintiffs' Eighth Amendment conditions of confinement claims against Defendants Felton and Varner are **DISMISSED** to the extent that they address issues other than the ventilation system, air quality, and water quality at SCI–Smithfield.

6. The claims for monetary damages raised by Plaintiffs Stewart, Diaz, and Bowen against Defendants Felton and Varner are **DISMISSED**.

7. Trial in the above-captioned matter will commence with Jury Selection on **Monday, August 5, 2013, at 9:30 a.m., Courtroom #4, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania**. Trial will begin immediately after a jury is selected. A pretrial scheduling order will follow.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge