**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ALPHONSO SANDERS, *et al.*,

   Plaintiffs,

v.

JEFFREY BEARD, *et al.*,

   Defendants.

CIVIL ACTION NO. 3:09-CV-1384

(JUDGE CAPUTO)

## ORDER

**NOW**, this 13th day of June, 2013, **IT IS HEREBY ORDERED** that:

1. Plaintiff John Diaz's Motion for Reconsideration (Doc. 515) is **DENIED**.

2. Plaintiffs Dwight Bowen and Anthony Williams' Motion for Reconsideration (Doc. 521) is **DENIED**.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge